UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| PEGGI SUE MCINTYRE, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW M. SAUL, Commissioner of Social Security <br><br> Defendant. | Case No. CV-19-19-BU-BMM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:
1. Judge DeSoto's Findings and Recommendations are ADOPTED IN FULL.
2. Plaintiff's motion for summary judgment contained in the Opening Brief is DENIED.
3. The Commissioner's decision denying Plaintiff's claims for disability insurance benefits and supplemental security income benefits is AFFIRMED.

Dated this 23rd day of January, 2020.

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
M. Stewart, Deputy Clerk